**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. SAG-21-0034 |
| | * | |
| **ANUAR ARTIAGA-DUBON** | | |

************

**MOTION TO SEAL SENTENCING LETTER**

Defendant Anuar Artiaga-Dubon, through his attorney, Christopher C. Nieto, respectfully moves for an order of this Court sealing Defendant's Sentencing Letter, and states:

1. Defense filed a Sentencing Letter on November 12, 2025.

2. As grounds therefore, the defense states that this filing contain confidential medical and personal information.

WHEREFORE, Mr. Artiaga-Dubon requests that the accompanying filing be placed under seal.

Respectfully submitted,

_____/s/_____
Christopher C. Nieto, #30031
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com